# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JAIDEN FOWLER**                                                              **PLAINTIFF**

**v.**                          **No. 3:25-cv-263-DPM**

**DOE**                                                                        **DEFENDANT**

## ORDER

**1.**   The Court withdraws the reference.

**2.**   Fowler hasn't paid the filing and administrative fees or filed a completed application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026