IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAIDEN FOWLER**                                                    **PLAINTIFF**

v.                              No. 3:25-cv-263-DPM

**DOE**                                                              **DEFENDANT**

## ORDER

Fowler's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026